

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00461-CV

Ronald Dean **STRICKLAND**,
Appellant

v.

**GRANITE PUBLICATIONS, LLC**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-22-00028
Honorable Dennis Powell, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: September 7, 2022

APPEAL DISMISSED

On August 22, 2022, appellant filed a copy of an "Agreed Order on Joint Motion to Dismiss With Prejudice" signed by the trial court on August 17, 2022. Pursuant to the agreed order, all of appellant's claims or causes of action against appellee were dismissed with prejudice. On August 29, 2022, appellant filed a motion to dismiss the appeal. Appellant's motion to dismiss the appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM